**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Sunergy California LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-4860227** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4801 Urbani Avenue**<br>**McClellan, CA 95652**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sacramento**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://www.sunergyus.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor     **Sunergy California LLC**                                          Case number *(if known)* _____
           Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor   **See Attachment**                                 Relationship _____

District _____   When _____   Case number, if known _____

| Debtor | **Sunergy California LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Sunergy California LLC**                                    Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-20-21
              MM / DD / YYYY

X  _Han Lu_____          **Lu Han**
   Signature of authorized representative of debtor          Printed name

Title   **Chairman**

**18. Signature of attorney**

X  _____          Date  1-20-21
   Signature of attorney for debtor                MM / DD / YYYY

**ROSENDO GONZALEZ**
Printed name

**Gonzalez & Gonzalez Law, P.C.**
Firm name

**530 S Hewitt Street, Suite 148**
**Los Angeles, CA 90013**
Number, Street, City, State & ZIP Code

Contact phone   **(213) 452-0070**       Email address   **rossgonzalez@gonzalezplc.com**

**137352 CA**
Bar number and State

Debtor  **Sunergy California LLC**                                    Case number (*if known*)
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number (*if known*) _____  Chapter __11__

☐ Check if this an
  amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | |
|---|---|---|
| Debtor **CEEG (Nanjing) Renewable Energy Co., Ltd.** | Relationship to you | **Affiliate** |
| District **Nanjing, China** When **7/03/20** | Case number, if known | |
| Debtor **CEEG (Shanghai) Solar Science Technology Co.,Ltd** | Relationship to you | **Affiliate** |
| District **Shanghai, China** When **10/18/19** | Case number, if known | |
| Debtor **China Sunergy (Hong Kong) Co., Ltd** | Relationship to you | **Affiliate** |
| District **Hong Kong, China** When **10/22/18** | Case number, if known | |
| Debtor **China Sunergy (Nanjing) Co., Limited** | Relationship to you | **Affiliate** |
| District **Nanjing, China** When **7/03/20** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name   **Sunergy California LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  *

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑   *Schedule H: Codebtors* (Official Form 206H)
☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-20-21    x   Lan Lu

                            Signature of individual signing on behalf of debtor

                            **Lu Han**
                            Printed name

                            **Chairman**
                            Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sunergy California LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aluko America, Inc. Michael John 330 Washington St., PMB 431 Hoboken, NJ 07030** | | **Trade Debts** | **Unliquidated** | | | **$306,310.37** |
| **Avalon Risk Management Insurance Agency 150 NW Point Blvd 2nd Floor Elk Grove Village, IL 60007** | **bond_underwriting @avalonrisk.com** | **Cash Collateral** | **Contingent** | **$970,000.00** | **$0.00** | **$970,000.00** |
| **Borrego Solar Systems, Inc. Aaron Hall 5005 Texas Street, Suite 400 San Diego, CA 92108** | | **Trade Debts** | | | | **$592,207.00** |
| **CHANGZHOU ALMADEN CO., LTD NO.639 Mingxing Zhou, QINGLONG EAST ROAD, CHANGZHOU, JIANGSU, CHINA** | | **Trade Debts** | | | | **$456,998.26** |
| **CHINA MACHINERY INDUSTRY INTERNATIONAL COOPERATION CO., LTD. Building A No.18 Dirun Road, Zhengdong New District, Zhengzhou, Henan Province,** | | **Trade Debts** | | | | **$1,049,321.80** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Sunergy California LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coldwell Solar LLC Dave Hood 500 Menlo Dr #100 Rocklin, CA 95765** | | **Trade Debts** | | | | **$360,954.05** |
| **Depcom Power Inc. Jennifer C. Hayes 9185 E Pima Center Pkwy, Suite 100 Scottsdale, AZ 85258** | | **Court Judgment** | **Contingent Disputed** | | | **$3,732,194.50** |
| **East West Bank, Dorothy Zhao 900 Webster St., 2nd Fl Oakland, CA 94607** | | **Bank Loan** | | | | **$597,000.00** |
| **Edges Electrical Group Shawna Crandell 1701 National Drive Suite 200 Sacramento, CA 95765** | | **Trade Debts** | | | | **$275,918.00** |
| **Kai Yu Hangzhou Freedom Import&Export Co.,LTD. No.9-1, Binwen Roard, Bingjiang District Hangzhou, P.R.China** | **Kai Yu +86-57188253203 yukai@confirmwa re.com Trade Debts** | | | | | **$1,064,139.27** |
| **LIGHT & HOPE ENERGY INC Lynton Lin 17800 Castleton Street Suite 406 City of Industry, CA 91748** | | **Trade Debts** | | | | **$465,200.00** |
| **MP Holdings, LLC 3140 Peacekeeper Way McClellan, CA 95652** | **KGiannotti@mcclel lanpark.com** | **Cash Deposit** | **Contingent** | **$399,012.00** | **$0.00** | **$399,012.00** |
| **NINGBO GZX PV TECHNOLOGY CO,.LTD Sam Cen, No. 28 Binhai 5th Road, Hangzhou Bay NewDistrict,Cixi, Zhejiang, P.R.China** | | **Trade Debts** | **Disputed** | | | **$446,243.70** |

| Debtor | **Sunergy California LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Seraphim Solar USA Manufacturing Inc. Steven Ostrenga 3111 Lawson St Jackson, MS 39213** | | **Litigation** | **Contingent** | | | **$1,926,930.05** |
| **SFC CO., LTD. James Gwon 682 Naepo-ro, Guhang-myeon Hongseong-gun, Chungnam-do, 32213, Korea** | | **Trade Debts James Gwon +82 41 640 0002 gsg@sfcltd.co.kr** | | | | **$664,775.40** |
| **Solare America Inc. , John Scorsone 207 State Road, Suite 100 Upper Darby, PA 19082** | | **Trade Debts** | | | | **$500,395.10** |
| **U.S. Customs and Border Protection 6650 Telecom Drive Suite 100 Indianapolis, IN 46278** | | **CBP Bill** | **Unliquidated** | | | **$263,701.57** |
| **Warner Energy, LLC Joseph Drescher 7526 Morgan Road Liverpool, NY 13090** | | **Trade Debts** | | | | **$771,049.58** |
| **XPO GLOBAL FORWARDING, INC. Gene Komsky 290 Gerzevske Lane Carol Stream, IL 60188** | | **Trade Debts** | **Disputed** | | | **$881,849.12** |
| **YIYIN ENERGY VIET NAM., LTD Jiang Hai Ying LOT B6, DINH TRAM INDUSTR ZONE,HOANG NINH COMMUNE, VIET YEN DISTRICT, BAC GIANG PROVINCE, VIETNAM** | | **Trade Debts** | | | | **$343,524.00** |

**Fill in this information to identify the case:**

Debtor name  **Sunergy California LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | **Summary of Assets** |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................ $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................... $ _____7,629,993.11

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................................ $ _____7,629,993.11

| Part 2: | **Summary of Liabilities** |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____1,369,012.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____15,857,541.53

4.  **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b

$ _____17,226,553.53

| Fill in this information to identify the case: |
|---|
| Debtor name **Sunergy California LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.          **Deposits, including security deposits and utility deposits**
            Description, including name of holder of deposit

8.          **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
            Description, including name of holder of prepayment

    8.1.    **As of 08/21/2020**                                                           **$1,435,762.00**

9.          **Total of Part 2.**                                                  | **$1,435,762.00** |
            Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.         **Accounts receivable**

    11a. 90 days old or less:        **1,293,836.50**     -        **0.00**    = ....    **$1,293,836.50**
                                      face amount              doubtful or uncollectible accounts

Debtor    **Sunergy California LLC**                    Case number *(If known)* _____
          Name

12.  **Total of Part 3.**                                          | $1,293,836.50 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>**Raw Materials** | | **$0.00** | | **$2,452,844.99** |
| 20. | Work in progress<br>**Work in Progress** | | **$0.00** | | **$344,540.44** |
| 21. | Finished goods, including goods held for resale<br>**Finished Goods** | | **$0.00** | | **$1,938,597.10** |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                          | $4,735,982.53 |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor     **Sunergy California LLC**                          Case number *(If known)* _____
           Name

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** | $0.00 | | $130,112.08 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    | $130,112.08 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Other Machinery** | $0.00 | | $34,300.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $34,300.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

Debtor　**Sunergy California LLC**　　　　　　　　　　　Case number *(If known)* _____
　　　　　Name

53.　　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

　　■ No.  Go to Part 11.
　　☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　■ No.  Go to Part 12.
　　☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

Debtor      **Sunergy California LLC**                        Case number *(If known)* _____
                    Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,435,762.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,293,836.50** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$4,735,982.53** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$130,112.08** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$34,300.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$7,629,993.11** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$7,629,993.11** |

**Fill in this information to identify the case:**

Debtor name    **Sunergy California LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Avalon Risk Management Insurance Agency** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $970,000.00 | $0.00 |

**2.1  Avalon Risk Management Insurance Agency**
Creditor's Name

**150 NW Point Blvd 2nd Floor**
**Elk Grove Village, IL 60007**
Creditor's mailing address

**bond_underwriting@avalonrisk.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5694**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Cash Collateral**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$970,000.00**      Value of collateral: **$0.00**

---

**2.2  MP Holdings, LLC**
Creditor's Name

**3140 Peacekeeper Way**
**McClellan, CA 95652**
Creditor's mailing address

**KGiannotti@mcclellanpark.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Cash Deposit**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$399,012.00**      Value of collateral: **$0.00**

---

Debtor    **Sunergy California LLC**
          Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,369,012.0 0** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Sunergy California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | | |
|---|---|---|---|

**Total claim** **$0.00**   **Priority amount** **$0.00**

| 2.1 | Priority creditor's name and mailing address<br>**EMPLOYMENT DEVELOPMENT DEPT.**<br>**P.O. BOX 826880 MIC 28**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |
| 2.2 | Priority creditor's name and mailing address<br>**FRANCHISE TAX BOARD**<br>**P.O. BOX 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Debtor  **Sunergy California LLC**                                    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

2.3  Priority creditor's name and mailing address
**Internal Revenue Service**
**4330 Watt Ave**
**Sacramento, CA 95821**

As of the petition filing date, the claim is:                          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim: _____

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)           ☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$306,310.37** |
|-----|---|---|---|

3.1  Nonpriority creditor's name and mailing address
**Aluko America, Inc.**
**Michael John**
**330 Washington St., PMB 431**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$306,310.37**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.2  Nonpriority creditor's name and mailing address
**Atlantic Clean Energy Supply LLC.**
**Gene Li**
**18 Culnen Drive**
**Branchburg, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$178,173.93**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

3.3  Nonpriority creditor's name and mailing address
**Borrego Solar Systems, Inc.**
**Aaron Hall**
**5005 Texas Street, Suite 400**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$592,207.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

3.4  Nonpriority creditor's name and mailing address
**CHANGZHOU ALMADEN CO., LTD NO.639**
**Mingxing Zhou, QINGLONG EAST ROAD,**
**CHANGZHOU, JIANGSU, CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$456,998.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.5  Nonpriority creditor's name and mailing address
**CHINA MACHINERY INDUSTRY**
**INTERNATIONAL COOPERATION CO., LTD.**
**Building A No.18 Dirun Road, Zhengdong**
**New District, Zhengzhou, Henan Province,**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,049,321.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Sunergy California LLC**
_____  Case number (if known) _____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360,954.05 |

**Coldwell Solar LLC**
**Dave Hood**
**500 Menlo Dr #100**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debts

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,000.00 |

**DEJINCHANG OPTOELECTRONICS**
**TECHNOLOGY**
**Afraz Hack**
**5808 58th Avenue**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debts

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,732,194.50 |

**Depcom Power Inc.**
**Jennifer C. Hayes**
**9185 E Pima Center Pkwy, Suite 100**
**Scottsdale, AZ 85258**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Court Judgment

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597,000.00 |

**East West Bank, Dorothy Zhao**
**900 Webster St., 2nd Fl**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Bank Loan

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,918.00 |

**Edges Electrical Group**
**Shawna Crandell**
**1701 National Drive Suite 200**
**Sacramento, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debts

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064,139.27 |

**Kai Yu**
**Hangzhou Freedom Import&Export Co.,LTD.**
**No.9-1, Binwen Roard, Bingjiang District**
**Hangzhou, P.R.China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Kai Yu
**+86-57188253203**
**yukai@confirmware.com**
**Trade Debts**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465,200.00 |

**LIGHT & HOPE ENERGY INC**
**Lynton Lin**
**17800 Castleton Street Suite 406**
**City of Industry, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debts

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Sunergy California LLC**                     Case number (if known) _____
         Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$446,243.70** |
|---|---|---|---|

**NINGBO GZX PV TECHNOLOGY CO,.LTD**
**Sam Cen, No. 28 Binhai 5th Road,**
**Hangzhou Bay NewDistrict,Cixi, Zhejiang,**
**P.R.China**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175,375.19** |
|---|---|---|---|

**RFK GLOBAL PLLC**
**THOMAS ROSENBERG**
**200 West Madison Street, Suite 1940,**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Professional Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,926,930.05** |
|---|---|---|---|

**Seraphim Solar USA Manufacturing Inc.**
**Steven Ostrenga**
**3111 Lawson St**
**Jackson, MS 39213**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$664,775.40** |
|---|---|---|---|

**SFC CO., LTD. James Gwon**
**682 Naepo-ro, Guhang-myeon**
**Hongseong-gun, Chungnam-do, 32213,**
**Korea**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debts**
**James Gwon**
**+82 41 640 0002**
**gsg@sfcltd.co.kr**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$236,860.54** |
|---|---|---|---|

**Shanghai Sunby solar technology Co., Ltd**
**Vito, Room 102 Building 1, South Hongmei**
**Road, 833, Minhang District, Shanghai,**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500,395.10** |
|---|---|---|---|

**Solare America Inc. , John Scorsone**
**207 State Road, Suite 100**
**Upper Darby, PA 19082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debts**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175,000.00** |
|---|---|---|---|

**Sunrise Energy Solutions, INC.**
**Jordan W. Maurer**
**1780 Vernon Street Suite 6**
**Roseville, CA 95678**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Sunergy California LLC**          Case number (if known) _____
_____
Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$177,420.10** |

**TAINERGY TECH. CO. LTD.**
**No.5, Ziqiang 1st Rd., Zhongli Dist.,**
**Taoyuan City 320, Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debts
CHARLIE  FAN
+886 32726688
charlie.fan@tainergy.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$263,701.57** |

**U.S. Customs and Border Protection**
**6650 Telecom Drive Suite 100**
**Indianapolis, IN 46278**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  CBP Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$771,049.58** |

**Warner Energy, LLC**
**Joseph Drescher**
**7526 Morgan Road**
**Liverpool, NY 13090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debts

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$881,849.12** |

**XPO GLOBAL FORWARDING, INC.**
**Gene Komsky**
**290 Gerzevske Lane**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debts

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$343,524.00** |

**YIYIN ENERGY VIET NAM., LTD**
**Jiang Hai Ying LOT B6, DINH TRAM**
**INDUSTR**
**ZONE,HOANG NINH COMMUNE, VIET YEN**
**DISTRICT, BAC GIANG PROVINCE,**
**VIETNAM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debts

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 15,857,541.53 |

Debtor      **Sunergy California LLC**                                    Case number (if known) _____
            Name

**5c. Total of Parts 1 and 2**                                5c.    $ _____ **15,857,541.53**
Lines 5a + 5b = 5c.

| Fill in this information to identify the case: |
|---|
| Debtor name **Sunergy California LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Workers Comp TX**<br>**Policy No. WCV6174764**<br>**Premium: $443.00** |
| State the term remaining | **10/01/2019 - 10/01/2020** |
| List the contract number of any government contract | **Accident Fund** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Workers Comp CA**<br>**Policy No. WCV5501769**<br>**Premium: $95,080.00** |
| State the term remaining | **10/01/2019 - 10/01/2020** |
| List the contract number of any government contract | **CompWest** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Employee Dental**<br>**Premium: $1,604.64** |
| State the term remaining | **08/01/2020 - 08/01/2021** |
| List the contract number of any government contract | **Cypress Ancillary Benefits** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Pollution**<br>**Policy No. 5387784**<br>**Premium: $18,723.49** |
| State the term remaining | **08/13/2020 - 08/13/2021** |
| List the contract number of any government contract | **Great American** |

| Debtor 1 | **Sunergy California LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Auto Policy No. 57UENFM9513 Premium: $5,456.00** | |
|---|---|---|---|
| | State the term remaining | **11/10/2019 - 11/20/2020** | |
| | List the contract number of any government contract | | **Hartford** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability Policy No. 57UENFM4085 Premium: $3,233.00** | |
|---|---|---|---|
| | State the term remaining | **03/21/2020 - 03/21/2021** | |
| | List the contract number of any government contract | | **Hartford** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Property Choice Policy No. 57UUNFM9389 Premium: $5,181.00** | |
|---|---|---|---|
| | State the term remaining | **03/21/2020 - 03/21/2021** | |
| | List the contract number of any government contract | | **Hartford** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Liability Policy No. 57RHUFM9327 Premium: $7,828.00** | |
|---|---|---|---|
| | State the term remaining | **03/21/2020 - 03/21/2021** | |
| | List the contract number of any government contract | | **Hartford** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Medical Premium: $90,000.00** | |
|---|---|---|---|
| | State the term remaining | **08/01/2020 - 08/01/2021** | |
| | List the contract number of any government contract | | **Kaiser Permanante** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Cargo Policy No. CH18CAR0BLM9401 Premium: $28,434.00** | |
|---|---|---|---|
| | State the term remaining | **12/01/2019 - 12/01/2020** | **Marsh Rish & Insurance Services** |
| | List the contract number of any | | |

| Debtor 1 | **Sunergy California LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Rent $45,866.00 Security Deposit $ Tenancy Address: 4801/4741 Urbani Ave, McClellan park, CA 95652** | |
|---|---|---|---|
| | State the term remaining | **12/15/2016 - 11/30/2017** | **MP Holdings, LLC 3140 Peacekeeper Way McClellan, CA 95652** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Rent $2,395.00 Security Deposit $1,500.00 Tenancy Address: 3401 Westover Street, McClellan, CA 95652** | |
|---|---|---|---|
| | State the term remaining | **07/01/2020 - 06/30/2021** | **MP1300 LLC c/o the Garibaldi Company 3525 W. Benjamin Holt Drive Stockton, CA 95219** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Rent $1,875.00 Security Deposit $1,500.00 Tenancy Address: 3416 McClellan, McClellan, CA 95652** | |
|---|---|---|---|
| | State the term remaining | **08/01/2020 - 07/31/2021** | **MP1300 LLC c/o the Garibaldi Company 3525 W. Benjamin Holt Drive Stockton, CA 95219** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Rent $1,975.00 Security Deposit $1,500.00 Tenancy Address: 3422 McClellan Mall, McClellan, CA 95652** | |
|---|---|---|---|
| | State the term remaining | **08/01/2020 - 07/31/2021** | **MP1300 LLC c/o the Garibaldi Company 3525 W. Benjamin Holt Drive Stockton, CA 95219** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **EPLI Policy No. 107133805 Premium: $20,750.00** | |
|---|---|---|---|
| | State the term remaining | **08/05/2020 - 08/05/2021** | **Risk Placement Services** |

| Debtor 1 | **Sunergy California LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ |  |
|---|---|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Medical Premium: $20,343.72** | |
|---|---|---|---|
| | State the term remaining | **08/01/2020 - 07/31/2021** | |
| | List the contract number of any government contract | _____ | **WHA** |

**Fill in this information to identify the case:**

Debtor name    **Sunergy California LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

|   | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Sunergy California LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$-1,627,900.64** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|
   | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Sunergy California LLC**      Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Sunergy Hong Kong** <br><br> **Creditor** | **11/15/2019, 11/18/2019, 11/19/2019, and 12/12/2019** | **$861,779.08** | **Prepaid Expense** |
| 4.2.   **Joey** | **07/08/2019 - 08/28/2020** | **$23,104.00** | **Joey's Rent Expense** |
| 4.3.   **Joey** | **07/09/2019 - 08/06/2020** | **$18,488.49** | **Reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Depcom Power, Inc., vs. CSUN Solar Inc. et al.** <br> **4:18-cv-00729-JST** | | **United States District Court of Northern District of CA Oakland Division** <br> **450 Golden Gate Avenue** <br> **San Francisco, CA 94102** | ☐ Pending <br> ☐■ On appeal <br> ☐ Concluded |
| 7.2. | **XPO Global Forwarding, Inc., et al. v. Sunergy California, LLC** <br> **34-2020-00283087** | **Breach of Contract** | **Superior Court of California Sacramento** <br> **720 Ninth Street** <br> **Sacramento, CA 95814-1380** | ☐■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.3. | **Cypress Creek EPC, LLC, v. CSUN Solar, Inc; California Sunergy, LLC** <br> **SC129245** | **Breach of Contract** | **Superior Court of California Los Angeles** <br> **111 N. Hill Street** <br> **Los Angeles, CA 90012** | ☐■ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor    **Sunergy California LLC**                          Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Seraphim Solar USA Manufacturing, Inc. v. China Sunergy CO., LTD et. al. 18CV334364** | **Breach of Contract** | **Superior Court of Santa Clara 191 North First Street San Jose, CA 95113** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Sunrise Energy Solutions, Inc. v. China Sunergy et. al. SCV0041243** | **Breach of Contract** | **Superior Court of the State of CA County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Caused by Wrong Data Entry** | | | **$0.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

---

Debtor    **Sunergy California LLC**                                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Gonzalez & Gonzalez Law, P.C.** **530 S Hewitt Street, Suite 148** **Los Angeles, CA 90013** | **Attorney Fees [Pre- BK Related Work]** | **08-10-2020** | **$7,776.35** |
| Email or website address **rossgonzalez@gonzalezplc.com** | | | |
| **Who made the payment, if not debtor?** | | | |

| | | | |
|---|---|---|---|
| 11.2.   **Gonzalez & Gonzalez Law, P.C.** **530 S Hewitt Street, Suite 148** **Los Angeles, CA 90013** | **Attorney Fees** | **08-10-2020** | **$42,223.65** |
| Email or website address **rossgonzalez@gonzalezplc.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **4741 Urbani Ave** **McClellan Park, CA 95652** | |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Sunergy California LLC** | Case number *(if known)* | |
|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **East West Bank**<br>**9300 Flair Drive 4th FL**<br>**El Monte, CA 91731** | **XXXX-6474** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Sunergy California LLC** | Case number *(if known)* |
|--------|---------------------------|--------------------------|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|-----------------------|-------------------------------------|------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|

Debtor    **Sunergy California LLC**                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Lingling Zhang**<br>**11683 Melones Circle**<br>**Gold River, CA 95670** | **03/05/2020 -**<br>**08/05/2020** |
| 26a.2.  **PSG Certified Public Accountants**<br>**9257 Sierra College Blvd., Suite B**<br>**Roseville, CA 95661** | **02/20/2019 -**<br>**04/21/2020** |
| 26a.3.  **Sung, Huang & Co, CPA's, LLP**<br>**18403 Pioneer Blvd. Ste 206**<br>**Artesia, CA 90701** | **12/04/2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Sally Zhou** | |
| 26c.2.  **Jiejin Lin** | |
| 26c.3.  **Yamei He** | |
| 26c.4.  **Jinsheng Qiao** | |
| 26c.5.  **Egemen Seymen** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Virtue Deep PTE Ltd** |
| 26d.2.  **Seul Energy Manufacturing Private Ltd** |
| 26d.3.  **China Sunergy Co. Ltd** |
| 26d.4.  **Avalon Risk Management Insurance Agency** |

Debtor   **Sunergy California LLC**                                   Case number *(if known)*

| Name and address | |
|---|---|
| 26d.5. | **Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** |
| 26d.6. | **Internal Revenue Service**<br>**4330 Watt Ave**<br>**Sacramento, CA 95821** |
| 26d.7. | **Lingling Zhang**<br>**11683 Melones Circle**<br>**Gold River, CA 95670** |
| 26d.8. | **PSG Certified Public Accountants**<br>**9257 Sierra College Blvd. Ste B**<br>**Roseville, CA 95661** |
| 26d.9. | **Sung, Hung & Co, CPA's, LLP**<br>**18403 Pioneer Blvd. Ste 206**<br>**Artesia, CA 90701** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sunergy America LLC** | | **Owner** | **98%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eco Energy Business, S.L.R.** | | **Owner** | **2** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Virtue Deep PTE Ltd** | | **Owner** | **60** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **China Sunergy** | | **Owner** | **20** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Seul Energy Manufacturing Private Ltd** | | **Owner** | **20** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Xiaoli Zhou** | | **Board of Managers** | |

| Debtor | Sunergy California LLC | Case number *(if known)* | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Lu Han | | Board of Managers | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Guo Hongjian | | Board of Managers | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Fang Bo | | Financial Controller | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Egemen Seymen | | Board of Managers | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Joey Qiao | | General Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Sunergy America LLC | | 100% Sole Owner of the Company | 01/31/2017 - 03/15/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Jinsheng Qiao | 23,104.00 | 07/08/2019 - 08/28/2020 | Rent Expense |
| | Relationship to debtor | | | |
| 30.2. | Jinsheng Qiao | 18,488.49 | 07/09/2019 - 08/06/2020 | Salary |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Sunergy California LLC**              Case number *(if known)*

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     *1 - 20 - 21*

    *Han Lu*

Signature of individual signing on behalf of the debtor      **Lu Han**
                                      Printed name

Position or relationship to debtor    **Chairman**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re    **Sunergy California LLC**       Case No. _____

Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | *50,000* ~~0.00~~ |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____1-21-21_____
*Date*

     **ROSENDO GONZALEZ**
     *Signature of Attorney*
     **Gonzalez & Gonzalez Law, P.C.**
     **530 S Hewitt Street, Suite 148**
     **Los Angeles, CA 90013**
     **(213) 452-0070   Fax: (213) 452-0080**
     **rossgonzalez@gonzalezplc.com**
     *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of California**

In re  Sunergy California LLC _____        Case No. _____
_____        Chapter  11
                    Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___1 - 20 - 21_____        Signature _Han LU_____
                                    Lu Han

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Accident Fund


Aluko America, Inc.
Michael John
330 Washington St., PMB 431
Hoboken, NJ 07030


Atlantic Clean Energy Supply LLC.
Gene Li
18 Culnen Drive
Branchburg, NJ 08876


Avalon Risk Management Insurance Agency
150 NW Point Blvd 2nd Floor
Elk Grove Village, IL 60007


Borrego Solar Systems, Inc.
Aaron Hall
5005 Texas Street, Suite 400
San Diego, CA 92108


CHANGZHOU ALMADEN CO., LTD NO.639
Mingxing Zhou, QINGLONG EAST ROAD,
CHANGZHOU, JIANGSU, CHINA


CHINA MACHINERY INDUSTRY
INTERNATIONAL COOPERATION CO., LTD.
Building A No.18 Dirun Road, Zhengdong
New District, Zhengzhou, Henan Province,


Coldwell Solar LLC
Dave Hood
500 Menlo Dr #100
Rocklin, CA 95765


CompWest


Cypress Ancillary Benefits

DEJINCHANG OPTOELECTRONICS TECHNOLOGY
Afraz Hack
5808 58th Avenue
Maspeth, NY 11378


Depcom Power Inc.
Jennifer C. Hayes
9185 E Pima Center Pkwy, Suite 100
Scottsdale, AZ 85258


East West Bank, Dorothy Zhao
900 Webster St., 2nd Fl
Oakland, CA 94607


Edges Electrical Group
Shawna Crandell
1701 National Drive Suite 200
Sacramento, CA 95765


EMPLOYMENT DEVELOPMENT DEPT.
P.O. BOX 826880 MIC 28
Sacramento, CA 94280


FRANCHISE TAX BOARD
P.O. BOX 2952
Sacramento, CA 95812-2952


Great American


Hartford


Internal Revenue Service
4330 Watt Ave
Sacramento, CA 95821


Kai Yu
Hangzhou Freedom Import&Export Co.,LTD.
No.9-1, Binwen Roard, Bingjiang District
Hangzhou, P.R.China


Kaiser Permanante

LIGHT & HOPE ENERGY INC
Lynton Lin
17800 Castleton Street Suite 406
City of Industry, CA 91748


Marsh Rish & Insurance Services


MP Holdings, LLC
3140 Peacekeeper Way
McClellan, CA 95652


MP1300 LLC c/o the Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton, CA 95219


NINGBO GZX PV TECHNOLOGY CO,.LTD
Sam Cen, No. 28 Binhai 5th Road,
Hangzhou Bay NewDistrict,Cixi, Zhejiang,
P.R.China


RFK GLOBAL PLLC
THOMAS ROSENBERG
200 West Madison Street, Suite 1940,
Chicago, IL 60606


Risk Placement Services


Seraphim Solar USA Manufacturing Inc.
Steven Ostrenga
3111 Lawson St
Jackson, MS 39213


SFC CO., LTD. James Gwon
682 Naepo-ro, Guhang-myeon
Hongseong-gun, Chungnam-do, 32213, Korea


Shanghai Sunby solar technology Co., Ltd
Vito, Room 102 Building 1, South Hongmei
Road, 833, Minhang District, Shanghai,
China

Solare America Inc. , John Scorsone
207 State Road, Suite 100
Upper Darby, PA 19082


Sunrise Energy Solutions, INC.
Jordan W. Maurer
1780 Vernon Street Suite 6
Roseville, CA 95678


TAINERGY TECH. CO. LTD.
No.5, Ziqiang 1st Rd., Zhongli Dist.,
Taoyuan City 320, Taiwan


U.S. Customs and Border Protection
6650 Telecom Drive Suite 100
Indianapolis, IN 46278


Warner Energy, LLC
Joseph Drescher
7526 Morgan Road
Liverpool, NY 13090


WHA


XPO GLOBAL FORWARDING, INC.
Gene Komsky
290 Gerzevske Lane
Carol Stream, IL 60188


YIYIN ENERGY VIET NAM., LTD
Jiang Hai Ying LOT B6, DINH TRAM INDUSTR
ZONE,HOANG NINH COMMUNE, VIET YEN
DISTRICT, BAC GIANG PROVINCE, VIETNAM

## United States Bankruptcy Court
### Eastern District of California

In re   Sunergy California LLC _____

                             Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Sunergy California LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____1 - 20 - 21_____

Date

_____

**ROSENDO GONZALEZ**

Signature of Attorney or Litigant

Counsel for   **Sunergy California LLC**

**Gonzalez & Gonzalez Law, P.C.**
**530 S Hewitt Street, Suite 148**
**Los Angeles, CA 90013**
**(213) 452-0070 Fax:(213) 452-0080**
**rossgonzalez@gonzalezplc.com**